AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__ _____

UNITED STATES OF AMERICA
V.

RONALD E. MILLER

CRIMINAL COMPLAINT

CASE NUMBER: 01-M00046-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 28, 2001__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce with intent to avoid prosecution for the crime of murder, a felony under Massachusetts General Laws, Chapter 265, Section 1

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following
Official Title

facts:

See Attached Affidavit of Special Agent James J. Trahon

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant   JAMES J. TRAHON

Sworn to before me and subscribed in my presence,

__March 21, 2001__                               at    __Boston, MA__
Date                                                          City and State

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

Name & Title of Judicial Officer                  Signature of Judicial Officer

## **AFFIDAVIT**

I, James J. Trahon, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn upon my oath depose and state:

1. The FBI has been requested to assist the Suffolk County District Attorney's Office in the locations and apprehension of Ronald E. Miller.

2. I have been informed by Sergeant Detective Dan Keeler of the Boston Police Homicide Unit as follows:

   a. Ronald E. Miller was charged by Complaint in Dorchester District Court with the crime of murder;

   b. The crime of murder is a felony under Massachusetts General Laws, Chapter 265, Section 1;

   c. On February 28, 2001, an arrest warrant was issued by the Dorchester District Court for the apprehension of Ronald Miller;

   d. Law enforcement efforts to locate Miller within the Commonwealth of Massachusetts have been unsuccessful;

   e. It is believed that Ronald Miller has fled the Commonwealth of Massachusetts due to information developed by Boston Police that he may be in North Carolina.

   f. The Suffolk County District Attorney's Office will rendite Ronald Miller if he is apprehended outside the District of Massachusetts.

3. Attached hereto and made a part hereof is an original copy of the following:

   a. State arrest warrant;

   b. Letter from District Attorney's Office.

                                      JAMES J. TRAHON
                                      Special Agent, FBI

Subscribed and sworn to before me this 21st day of March, 2001.

                                      LAWRENCE P. COHEN
                                      United States Magistrate Judge

```
CJIS 890510    03/21/2001 1213    S1011/6011.
------------------------MILLER,RONALD------------------- - W5444061--------------------
        Commonwealth of Massachusetts - Criminal Justice Information System
              Trial Court of Massachusetts - Warrant Management System
   Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
   the person named herein as contained in the Warrant Management System and
   printed via Criminal Justice Information System.
   This Warrant Printed as of 12:13 on 03/21/01
-------------------------------------------------------------------------------------
Defendant Information:
        Name: MILLER,RONALD
     Address: 45 CLARKWOOD ST.                          SS#: 242130829
                                                        Race: B      Sex: M
        City: MATTAPAN                                  Hair: BRO    Eyes: BLK
                                MA 02126                Weight: 190  Height: 5'11"
                                                        Complexion:       Marks:
   Date of Birth: 03/15/1969 Place of Birth: MA Date of Emancipation: 00/00/0000
   Father: CHERRY,THOMAS                              Mother: MILLER,ADA
   Known Alias:
                                                        Ref No: W5444061

      License No:
   License State: MA         Obtn No:                   Misc No:
                                                        CC No: 50516612
-------------------------------------------------------------------------------------
Warrant Information:
                                                        Docket: 0107CR001501
   Issue Date: 02/28/2001  Court of Issue: 7   - DORCHESTER DISTRICT
         Type: S - STRAIGHT                                     46631
   Date of Complaint: 02/28/2001
     Offense Date: 10/25/1995  Offense Location: DORCHESTER

   ****************************** Charges ***************************************
    Count    Offense Code                 Description
      1  F    265/1                MURDER c265 S1
      1  F    269/10/J             FIREARM, CARRY WITHOUT LICENSE c269 S10

-------------------------------------------------------------------------------------
Court Information: NOT TO APPEAR UNLESS ARRESTED
Assigned for Service To: 663 - BOSTON P.D. - AREA C
Warrant printed by:     FBI - US FBI - 1

Officer Name:                                   Fine Amount:
Judge's Name: HANLON,SYDNEY                     Bail Amount:
Return Date/Time: 00/00/0000 00:00              None set
                                     Recall Date/Time: 00/00/0000 00:00
-------------------------------------------------------------------------------------


TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

        The court has ordered that the above warrant issue against the
        above defendant.

        Therefore,
```



# The Commonwealth of Massachusetts

DISTRICT ATTORNEY OF SUFFOLK COUNTY
RALPH C. MARTIN, II

One Bulfinch Place
Boston, MA 02114-2997

Telephone: (617) 619-4000
Fax: (617) 619-4009

March 20, 2001

Donald K. Stern
United States Attorney
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE: *Commonwealth v. Ronald Miller*

Dear Mr. Stern:

The above-named defendant presently has an outstanding arrest warrant issued by the Dorchester District Court (No. **0107CR001501**) for the following crime:

**Murder**   **M.G.L. c. 265 §1**

As a result of information received by this office, it is believed that this subject is presently in North Carolina.

I respectfully request that a Federal Unlawful Flight to Avoid Prosecution warrant be issued for the apprehension of this subject. If arrested, the Suffolk County District Attorney's Office will immediately initiate proceedings to return the subject to the Commonwealth of Massachusetts.

Please contact Sgt. Det. Bruce Holloway at 617/619-4018 if you require any further information.

Sincerely,

Elizabeth Keeley
First Assistant District Attorney

EK:lts
Cc:   Sgt. Det. Bruce Holloway